**U.S. Department of Homeland Security**

# Notice of Intent/Decision to Reinstate Prior Order

File No. 098 982 272

Event No: NYC2602003728

FIN: 16930752

Date: February 27, 2026

Name: CANDIDA REINA  RAMIREZ-LOPEZ AKA: RAMIREZ LOPEZ DE GOMEZ, CANDIDA REINA

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____Removal_____ entered against you. This intent is based on the following determinations:

(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __October 21, 2005__ at

(Date)

__Harlingen, TX__ .

(Location)

2. You have been identified as an alien who:

   ☐ was removed on _____ pursuant to an order of deportation / exclusion / removal.

   (Date)

   ☒ departed voluntarily on __September 15, 2006__ pursuant to an order of deportation / exclusion / removal on or

   (Date)

   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about __03/9/2019__ at or near __Roma, TX__

   (Date)                                                                  (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __SPANISH__ *language.*

__SHANAHAN, M05597__

(Printed or typed name of official)

(Signature of officer)

__Deportation Officer__

(Title of officer)

## Acknowledgment and Response

I ☐ do  ☐ do not  wish to make a statement contesting this determination.

__02-27-2026__

(Date)

(Signature of Alien)

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

__February 27, 2026__

(Date)

__New York, NY__

(Location)

(Signature of authorized deciding official)

__SDDO__

(Title)

__HAYNES, K11317__

(Printed or typed name of official)

Form I-871 (Rev. 08/01/07)