# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-six.

---

Candida Reina Ramirez-Lopez, AKA Candida Reina Ramirez Lopez de Gomez,

Petitioner,

v.

Todd Blanche, Acting United States Attorney General,

Respondent.

---

**ORDER**

Docket No. 26-728

Petitioner moves for an extension of time until May 11, 2026, to respond to the Government's motion to dismiss.

IT IS HEREBY ORDERED that the motion for an extension of time is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

Catherine O'Hagan Wolfe

UNITED STATES SECOND CIRCUIT COURT OF APPEALS