IN THE UNITED STATES
COURT OF APPEALS
FOR THE SECOND
CIRCUIT

_____

No. 26-728

_____

CANDIDA REINA RAMIREZ LOPEZ,                )
                                            )
                                            )
            Petitioner                      )
                                            )
vs.                                         ) Petition for Review
                                            ) of an Immigration Matter
TODD BLANCHE, U.S. ATTORNEY GENERAL,        )
                                            )
            Respondent.                     )

_____

CERTIFIED RECORD OF PROCEEDINGS
(DEPARTMENT OF HOMELAND SECURITY)

Agency No. A098-982-272

INDEX

RECORD FILE
Ramirez Lopez- Candida Reina
A098-982-272

☑ Certification.

☑ Notice of Intent/Decision to Reinstate Prior Order (Form I-871).

☑ The prior administrative removal order.

☐ Notice to Alien Ordered Removed/Departure Verification (Form I-296).

☑ The record check or fingerprint match.

☐ Any documentary evidence submitted by the alien.

☑ Record of Sworn Statement or the alien's declination to provide such
statement (Form I-877).

☑ Record of Deportable/Inadmissible Alien (Form I-213).

☑ Warrant of Removal/Deportation (Form I-205).

☑ Warning to Alien Ordered Removed or Deported (Form I-294).

☐ Any other evidence relied upon to support the charges.

☐ Any documents that rebut the alien's assertion that reinstatement is improper.

DHS 001

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## CERTIFICATION OF THE RECORD OF PROCEEDINGS

Pursuant to 28 U.S.C.A. §§ 1732 - 1733, the attached Record of Proceedings are records of the United States Department of Homeland Security, Immigration and Customs Enforcement.

I, Matthew C Shanahan, declare:

1. I am a Deportation Officer with United States Department of Homeland Security, Immigration and Customs Enforcement. I have served in this position since June 30, 2025. My office is located in 26 Federal Plaza, New York, NY, and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of Candida Reina Ramirez-Lopez, A098 982 272.

2. Attached to this Certification is a copy of the official Record of Proceedings. These documents relate to:

   Subject: Candida Reina Ramirez-Lopez
   File Number: A098 982 272

3. These records were prepared by personnel of the United States Department of Homeland Security, Immigration and Customs Enforcement in the ordinary course of business at or near acts, conditions, or events described in the records.

I, Matthew C Shanahan, do hereby certify that I have compared the copy of the Record of Proceedings attached to this certificate with the original Record of Proceedings as it appears of record and on file in my office, and it is a true and correct copy of the original.

Date:__04/23/2026_____

Matthew C Shanahan
_____
[Name]
Deportation Officer

DHS 002

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

### CERTIFICATION OF THE RECORD OF PROCEEDINGS

1. I am a ___Matthew C Shanahan___ with U.S. Immigration and Customs Enforcement, United States Department of Homeland Security. I have served in this position since ___June___30,2025_____. My office is located in ___26 Federal Plaza, New York, NY__ and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of ___Candida Reina Ramirez-Lopez___, file number A __098982272___.

2. Annexed to this Certification is the official Record of Proceedings. I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

Subject:
File Number: A 098 982 272

Dated: 04/23/2026

Matthew C Shanahan
Deportation Officer
Name
Title

DHS 003

**U.S. Department of Homeland Security**          **Notice of Intent/Decision to Reinstate Prior Order**

File No. 098 982 272

Event No: NYC2602003728

**FIN: 16930752**          Date: February 27, 2026

Name: CANDIDA REINA RAMIREZ-LOPEZ AKA: RAMIREZ LOPEZ DE GOMEZ, CANDIDA REINA

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____ **Removal** _____ entered against you. This intent
(Deportation / exclusion / removal)
is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ___ **October 21, 2005** ___ at
(Date)
**Harlingen, TX** ___.
(Location)

2. You have been identified as an alien who:

   ☐ was removed on _____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☒ departed voluntarily on ___ **September 15, 2006** ___ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ___ **03/9/2019** ___ at or near **Roma, TX** ___
   (Date)          (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** _____ *language.*

**SHANAHAN, M05597**
(Printed or typed name of official)          (Signature of officer)

**Deportation Officer**
(Title of officer)

---

**Acknowledgment and Response**

I ☐ do ☐ do not wish to make a statement contesting this determination.

02-27-2026
(Date)          (Signature of Alien)

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

February 27, 2026          New York, NY
(Date)          (Location)          (Signature of authorized deciding official)

**HAYNES, K11317**          **SDDO**
(Printed or typed name of official)          (Title)

Form I-871 (Rev. 08/01/07)

DHS 004

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
HARLINGEN, TEXAS

IN THE MATTER OF:                              DATE:  Oct 21, 2005
RAMIREZ-LOPEZ, CANDIDA REINA
                                               CASE NO.  A98-982-272

RESPONDENT IN REMOVAL PROCEEDINGS              DECISION

Jurisdiction was established in this matter by the filing of the Notice to
Appear issued by the Immigration and Naturalization Service, with the
Executive Office for Immigration Review and by service upon the
respondent.  See 8 C.F.R. sections 3.14(a), 103.5a.

The respondent was provided written notification of the time, date and
location of the respondent's removal hearing.  The respondent was also
provided a written warning that failure to attend this hearing, for other
than exceptional circumstances, would result in the issuance of an order of
removal in the respondent's absence provided that removability was established.
Despite the written notification provided, the respondent failed to appear
at his/her hearing, and no exceptional circumstances were shown for his/her
failure to appear.  This hearing was, therefore, conducted in absentia pursuant
to section 240(b)(5)(A) of the Immigration and Nationality Act.

    [ ]  At a prior hearing the respondent admitted the factual allegations
        in the Notice to Appear and conceded removability.  I find
        removability established as charged.

    [✓]  The Immigration and Naturalization Service submitted documentary
        evidence relating to the respondent which established the truth
        of the factual allegations contained in the Notice to Appear.  I
        find removability established as charged.

I further find that the respondent's failure to appear and proceed with
any applications for relief from removal constitutes an abandonment
of any pending applications and any applications the respondent may have
been eligible to file.  Those applications are deemed abandoned and
denied for lack of prosecution.  See Matter of Pearson, 13 I&N Dec. 152
(BIA 1969); Matter of Perez, 19 I&N Dec. 433 (BIA 1987); Matter of R-R,
20 I&N Dec. 547 (BIA 1992).

ORDER:   The respondent shall be removed to HONDURAS or in the
alternative to                                          on the charge(s)
contained in the Notice to Appear.

ELEAZAR TOVAR
Immigration Judge

cc:  Assistant District Counsel
     Attorney for Respondent/Respondent                     Z1

CIP

DHS 005



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
HARLINGEN, TEXAS

RAMIREZ-LOPEZ, CANDIDA REINA
FAILED TO PROVIDE
HARLINGEN     TX 78550

IN THE MATTER OF           FILE A 98-982-272     DATE: Oct 21, 2005
RAMIREZ-LOPEZ, CANDIDA REINA

X UNABLE TO FORWARD - NO ADDRESS PROVIDED

_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:     BOARD OF IMMIGRATION APPEALS
                       OFFICE OF THE CLERK
                       P.O. BOX 8530
                       FALLS CHURCH, VA  22041

X ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                       IMMIGRATION COURT
                       201 E. JACKSON STREET
                       HARLINGEN, TX  78550

_ OTHER: _____
_____

                       COURT CLERK
                       IMMIGRATION COURT                    FF

  CC:

CIP

DHS 006



RE: RAMIREZ-LOPEZ, CANDIDA REINA

File: A98-982-272

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN'S ATT/REP  [ ] INS
DATE: _10/31/05_   BY:  COURT STAFF _____
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

C1

CIP

DHS 007

**All Transactions**

Encounter #: 107479700



| | |
|---|---|
| FINS: | 16930752 |
| Date : | 02/27/26 |
| Encounter  ID: | 10747970029 |
| External  System  ID: | EnforceCivId : 219080303 |
| Subject  Id: | 401650507 |
| Event  Number : | NYC2602003728 |
| Activity   Type : | Enforcement |
| Activity   Reason : | ICE EAGLE transaction |
| Status  Code : | Recidivist |
| Activity   Organization  : | DHS - ICE - DNR |

| | |
|---|---|
| Last  Name : | RAMIREZ - LOPEZ |
| First  Name : | CANDIDA |
| Middle  Name : | REINA |

| | | | |
|---|---|---|---|
| Gender : | F | Date of Birth : | 10/20/71 |
| Height : | 63 in | Weight : | 130 lbs |
| Eye Color: | BRO | Hair Color : | BLK |
| Race : | White | Country  of Birth : | Honduras |

Countries  of Citizenship  : Honduras

Aliases  :

| Last Name | First  Name | Middle  Name |
|---|---|---|
| | | |

Scars  & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | 920345HC5 |
| Alien # | 098982272 |
| State  ID | |

Documents  :

| Type | Number | Country | Issue  Date | Expiration  Date |
|---|---|---|---|---|
| | | | | |

Alerts  :

| Type | Valid  Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions  :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | NCA | New York, NY | 02/27/26 | SHANAHAN , M05597 | NA | |
| RECID | NCA | New York, NY | 02/27/26 | SHANAHAN , M05597 | NA | |
| RECID | NCA | New York, NY | 02/27/26 | SHANAHAN , M05597 | NA | |

Comments  :

DHS 008

**All Transactions**  Encounter #: 102059917



| FINS: | 16930752 | |
|---|---|---|
| Date : | 07/18/25 | |
| Encounter ID: | 10205991788 | |
| External System ID: | CPMSId : A098982272202507181117  LIN2519050737 | USCISReceiptNum : |
| Subject Id : | | |
| Event Number : | | |
| Activity Type: | Application | |
| Activity Reason : | I918 | |
| Status Code : | None | |
| Activity Organization : | DHS - CIS - ASC | |

| Last Name : | RAMIREZ LOPEZ |
|---|---|
| First Name : | CANDIDA |
| Middle Name : | REINA |

| Gender : | F | Date of Birth : | 10/20/71 |
|---|---|---|---|
| Height : | 66 in | Weight : | 154 lbs |
| Eye Color: | BRO | Hair Color : | BLK |
| Race : | White | Country of Birth : | |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | |
| Alien # | 098982272 |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments : undefined

DHS 009

**All Transactions**                                    Encounter #: 100911210



| FINS : | 16930752 |
|---|---|
| Date : | 06 / 04 / 25 |
| Encounter ID: | 10091121006 |
| External System ID: | EnforceCivId : 215813791 |
| Subject Id: | 398838414 |
| Event Number : | NYC2506000267 |
| Activity Type: | Enforcement |
| Activity Reason : | ICE EAGLE transaction |
| Status Code : | Alert |
| Activity Organization : | DHS - ICE - DNR |

| Last Name : | RAMIREZ - LOPEZ |
|---|---|
| First Name : | CANDIDA |
| Middle Name : | REINA |

| Gender : | F | Date of Birth : | 10 / 20 / 71 |
|---|---|---|---|
| Height : | 63 in | Weight : | 130 lbs |
| Eye Color: | BRO | Hair Color : | BLK |
| Race : | White | Country of Birth : | Honduras |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | 920345HC5 |
| Alien # | 098982272 |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| Removed Alien Alert - Pending Removal | | ZDRAOPPQ | Pending removal |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | L | New York, New York | 06/04/25 | COWAN, RC 05800 | NA | |
| RECID | L | New York, New York | 06/04/25 | COWAN, RC 05800 | NA | |
| RECID | L | New York, New York | 06/04/25 | COWAN, RC 05800 | NA | |

Comments : .

DHS 010

**All Transactions**

Encounter #: 56021646

| FINS: | 16930752 |
|---|---|
| Date : | 03/14/19 |
| Encounter ID: | 5602164694 |
| External System ID: | IdentTid : CBHRL186031419050332 |
| Subject Id : | |
| Event Number : | |
| Activity Type : | Enforcement |
| Activity Reason : | Booking Encounter |
| Status Code : | Recidivist |
| Activity Organization : | DHS - CBP - BP |

| Last Name : | RAMIREZ - LOPEZ |
|---|---|
| First Name : | CANDIDA |
| Middle Name : | REINA |

| Gender : | F | Date of Birth : | 10/20/71 |
|---|---|---|---|
| Height : | 63 in | Weight : | 130 lbs |
| Eye Color : | BRO | Hair Color : | BLK |
| Race : | White | Country of Birth : | |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | |
| Alien # | 098982272 |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| E411614 | | | | |
| HND | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | PB | | 03/09/19 | BARROSO JR, VICTOR | PWAM | AE |

Comments : undefined

DHS 011

**All Transactions**

Encounter #: 55876847



| | |
|---|---|
| FINS: | 16930752 |
| Date : | 03 / 09 / 19 |
| Encounter ID: | 5587684747 |
| External System ID: | EnforceCivId : 181625701   IdentTid : CBRGV045030919193750 |
| Subject Id: | 364207928 |
| Event Number : | RGC1903000302 |
| Activity Type: | Enforcement |
| Activity Reason : | Initial Encounter in IDENT |
| Status Code: | Recidivist |
| Activity Organization : | DHS - CBP - BP |

| | |
|---|---|
| Last Name : | RAMIREZ - LOPEZ |
| First Name : | CANDIDA |
| Middle Name : | REINA |

| | | | |
|---|---|---|---|
| Gender : | F | Date of Birth : | 10 / 20 / 71 |
| Height : | | Weight : | |
| Eye Color: | | Hair Color : | |
| Race: | Unknown | Country of Birth : | |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | |
| Alien # | |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | PB | | 03 / 09 / 19 | SALAS - JR, ENRIQUE | PWAM | |

Comments : undefined

DHS 012

**All Transactions**

Encounter #: 47927804

| FINS: | 16930752 |
|---|---|
| Date : | 05/18/18 |
| Encounter ID: | 4792780447 |
| External System ID: | SystemId : NTGG20181385640002 |0001288475 |
| Subject Id: | |
| Event Number : | |
| Activity Type : | Application |
| Activity Reason : | VISA APPLICANT |
| Status Code : | None |
| Activity Organization : | DOS - CON - AFF - NIV |

| Last Name : | RAMIREZ LOPEZ DE GOMEZ |
|---|---|
| First Name : | CANDIDA REINA |
| Middle Name : | |

| Gender : | F | Date of Birth : | 10/20/71 |
|---|---|---|---|
| Height : | | Weight : | |
| Eye Color: | | Hair Color : | |
| Race: | | Country of Birth : | Honduras |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | |
| Alien # | |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| E411614 | | | | |
| HND | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments : undefined

DHS 013

**All Transactions**

Encounter #: 42944319

| FINS: | 16930752 |
|---|---|
| Date : | 08/08/17 |
| Encounter ID: | 4294431952 |
| External System ID: | Other : IFCS0002000001659960 |
| Subject Id: | |
| Event Number : | |
| Activity Type: | Enforcement |
| Activity Reason : | CBP Border Patrol Historical Fingerprint Enrollment |
| Status Code: | Recidivist |
| Activity Organization : | DHS - APPREHEND |

| Last Name : | RAMIREZ - LOPEZ |
|---|---|
| First Name : | CANDIDA |
| Middle Name : | REINA |

| Gender : | F | Date of Birth : | 10/20/71 |
|---|---|---|---|
| Height : | 65 in | Weight : | 110 lbs |
| Eye Color: | BRO | Hair Color : | BLK |
| Race: | White | Country of Birth : | |

Countries of Citizenship : Honduras

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | 920345HC5 |
| Alien # | 098982272 |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments : This CBP Office of Border Patrol historical fingerprint enrollment was ingested after the original date of encounter or apprehension , based an existing DHS enforcement record provided by the FBI.

DHS 014

**All Transactions**                                                   Encounter #: 358291

| | |
|---|---|
| FINS: | 16930752 |
| Date : | 04/25/05 |
| Encounter ID: | 35829195 |
| External System ID: | EnforceCivId : 33442856 |
| Subject Id: | 11436313 |
| Event Number : | MCS0504000846 |
| Activity Type: | Enforcement |
| Activity Reason : | |
| Status Code : | WatchList |
| Activity Organization : | DHS - APPREHEND |

| | |
|---|---|
| Last Name : | RAMIREZ - LOPEZ |
| First Name : | CANDIDA |
| Middle Name : | |

| | | | |
|---|---|---|---|
| Gender : | F | Date of Birth : | 10/20/71 |
| Height : | | Weight : | |
| Eye Color: | | Hair Color : | |
| Race : | | Country of Birth : | |

Countries of Citizenship :

Aliases :

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks :

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers

| Type | Number |
|---|---|
| FBI # | |
| Alien # | 098982272 |
| State ID | |

Documents :

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts :

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| Removed Alien Alert - Pending Removal | 01/01/99 | | ABSCONDER HAS REMOVAL ORDER UNDER A98 982 272. |
| Other Agency Alert - Absconder | 01/01/99 | USVI_9816 | |

Apprehensions :

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | PB | 2 miles W of HID | 04/25/05 | ABREGO, ELIAS | PWAM | AE |

Comments : ARREST DATA:MEDINA -Aguilar , Yazmin Gricel (098 982 273 ) was 1 of ten apprehended on April 23, 2005 while conducting linewatch operations near Hidalgo , Texas . When subject was questioned as to her citizenship she readily admitted to being a citizen and national of Honduras b virtue of birth . Subjects were then transported to the McAllen Border Patrol Station for processing . ENTRY DATA:Subject claims that she last entered t United States illegally on April 24, 2005, by wading across the Rio Grande River 3 mile west of the Hidalgo , Texas , Port of Entry . Subject entered the

**DHS 015**

United States at a place not designated as a port of entry by the Attorney General of the United States and by the Secretary of Homeland Security, the successor, thus she was not admitted, inspected, or paroled into the United States by a U.S. Immigration Official. TRAVEL DATA:Subject stated that sh left her hometown in Honduras by bus on April 10, 2005 and entered Guatemala legally on the same day. Subje

DHS 016

| U.S. Department of Homeland Security Immigration and Customs Enforcement | RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM |

# AFFIDAVIT
## IN AN ADMINISTRATIVE PROCEEDING

IN RE: Ramirez Lopez, Candida Reina     FILE NO.    A 098982272

EXECUTED AT   New York, NY     DATE     02/27/2026

Before the following officer of the U.S. Immigration and Customs Enforcement: DO Shanahan 05597

In the _____ Spanish _____ language. Interpreter _____ DO Martinez 8891 _____ used

I, _____ Ramirez Lopez, Candida Reina _____ , acknowledge that the above-named officer has identified himself to me as an officer of the U.S. Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality Laws of the United States. He has informed me that he desires to take my sworn statement regarding:

### MY IMMIGRATION STATUS IN THE UNITED STATES

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

You have been arrested or interviewed because it is believed you are a alien not lawfully entitled to be or remain in the United States.

You have the right to be represented by counsel of your choice at no expense to the Government.

Any statement you make may be used against you in a subsequent administrative proceeding.

A decision will be made within 24 hours or less as to whether you will be continued in custody or released on bond or recognizance

I am willing to make a statement without any one else being present. I swear that I will tell the truth, the whole truth and nothing but the truth, so help me, God

Being duly sworn, I make the following statement:

Q. What is your true and correct name? ( last, first, middle )
(¿Cuál es su nombre correcto y verdadero?)
A. Candida Reina Ramirez Lopez

Q. Do you use any other names? (last, first, middle)
(¿Utiliza cualquier otros nombres?)
A. No

Q. What city and country were you born in?
(¿En qué ciudad y país nació usted?)
A. Honduras, Purto Cortes

Q. What country are you a citizen of?     What country issued you a passport?
(¿De qué país eres ciudadano?) Qué país le emitió un pasaporte?

A. Honduras. Honduras.

1

Initials c R R L

DHS 017

Q. What is your date of birth?
(¿Cuál es su fecha de nacimiento?)

A. October 20, 1971.

Q. What was the date, place and manner of your last entry into the United States?
(¿Cuál fue la fecha, el lugar y la forma de su última entrada a los Estados Unidos?)

A. In March 9, 2019. I entered through the border, I do not remember where. I entered through Texas. Illegally.

Q. What is your current immigration status?
(¿Cuál es su estado de inmigración presentement?)

A. I have no status, I am illegal.

Q. How did you obtain that status?
(¿Cómo obtuvo esa condición?)

A. No one is illegal but I am in a country that I don't have my papers and that is why I am illegal.

Q. Do you have any applications pending before Immigration?
(¿Tiene aplicaciones pendiente antes de Inmigración?)

A. I have a U Visa application and asylum.

Q. Have you previously been apprehended by Immigration?
(¿Ha sido anteriormente detenido por Inmigración?)

A. Yes, on June 4, 2025.

Q. Have you ever been ordered to an Immigration hearing, deported, excluded, or removed from the United States?
(¿Alguna vez se le ha ordenado a una audiencia de inmigración, deportado(a), excluido(a), o removido(a) de los Estados Unidos?)

A. No.

Q. After you were ordered deported, excluded, or removed, were you removed by Immigration or did you leave voluntarily from the United States?
(Después de que se ordenó deportado(a), excluido(a), o removido(a), fuiste expulsado por Inmigración o se fue voluntariamente de los Estados Unidos?)

A. I left voluntarily because of an emergency.

Q. Have you ever applied to the Attorney General of the United States for permission to re-enter the United States after you were deported, excluded, or removed from the United States?
(¿Alguna vez ha aplicado a el Procurador General de los Estados Unidos para que se le permitiera volver a entrar en los Estados Unidos después de que fue deportado(a), excluido(a), o expulsado(a) de los Estados Unidos?)

A. No.

Q. Do you have any fear of persecution or torture should you be removed from the United States?
(¿Tiene algún temor de persecución o tortura en caso de que usted sea expulsado de los Estados Unidos?)

A. Yes.

2

Initials CRRL

DHS 018

Q. What is your height and weight?
(¿Cual es su estatura y su peso?)

A. 164 Pounds, 5 foot and 4 inches.

Q. Do you have any scars or tattoos?
(¿Tiene alguna cicatriz o tatuaje?)

A. No.

Q. What is your hair color and eye color?
(¿Cuál es el color de su cabello y el color de sus ojos?)

A. Light Brown but now I have grey hair.

Q. What was your occupation in your native country?
(¿Cuál era su ocupación en su país natal?)

A. Business owner.

Q. What is your U.S. address and telephone number?
(¿Cuál es su dirección y número de teléfono en los Estados Unidos?)

A. 3970 Victory Blvd, Staten Island, NY 10314. 901-606-7561.

Q. What was your foreign address?
(¿Cuál fue su dirección en su país natal?)

A. Barrio Suyapa, Puerto Cortes, Honduras

Q. What is your Social Security number?
(¿Cuál es su número de Seguro Social?)

A. I don't have a social security number.

Q. What is the name on the Card?
(¿Cuál es el nombre en la tarjeta de Seguro Social?)

A. I don't have one.

Q. Are you married, if so what is your spouse's name (Last, First, Middle)?
(¿Eres casado(a)? ¿Cuál es el nombre de su esposa(o)?)

A. I am divorced.

Q. What is your spouse's nationality and current Immigration Status?
(¿Cuál es la nacionalidad de su esposa(o) y su estado de inmigración presentemente?)

A. I don't have a spouse, I am divorced.

Q. What is your spouse's present U.S. address?
(¿Cuál es la dirección en los Estados Unidos de su esposa(o)?

A. N/A

Q. What are the *names*, *ages*, *nationalities*, and *addresses* of your children?
(¿Cuáles son los nombres, las edades, y nacionalidades de sus hijos?)

A. Henry Leonardo Gomez Ramirez 36, Bryan Gabriel Gomez Ramirez 31, Yennifer Gabriela Gomez Ramirez (27), Cristofer David Gomez Ramirez 18.

3.

Initials C R RL

DHS 019

Q. What is your mother's name (Last, First, Middle)?    Where does she live?
(¿Cuál es el nombre de su madre?    (¿Dónde vive ella?)

A. Matilde Lopez Castellano. In Honduras.

Q. What is your mother's nationality and current Immigration status?
(¿Cuál es la nacionalidad de su madre y su estado de inmigración presentemente?)

A. She lives in Honduras.

Q. What is your father's name (Last, First, Middle)?    Where does he live?
(¿Cuál es el nombre de su padre?)    (¿Dónde vive él?)

A. Candido Ricardo Ramirez. He died in Honduras.

Q. What is your father's nationality and current Immigration Status?
(¿Cuál es la nacionalidad de su padre y su estado de inmigración presentemente?)

A. N/A

Q. What other members of your immediate family live in the United States?
(¿Qué otros miembros de su familia inmediata viven en los Estados Unidos?)

A. My brothers and sister.

Q. Do any of your immediate family members have applications pending with Immigration?
(¿Algunos de sus familiares inmediatos tienen aplicaciones pendientes con Inmigración?)

A. No.

Q. What is the present health status of you?
(¿Cuál es su estado de salud?)

A. N/A

Q. What is your present employer's name and address?
(¿Cuál es el nombre de su empleador y su dirección?)

A. I am not employed.

Q. What type of employment is it and what is your salary?
(¿Qué tipo de empleo es y cuál es su sueldo?)

A. N/A

Q. How long have you worked for your present employer?
(¿Cuánto tiempo ha trabajado para su empleador?)

A. N/A

Q. What was your previous employer's name, address and length of employment?
(¿Cuál es el nombre de su empleador anteriormente, y la dirección. Cuanto tiempo trabajo con ese empleador?)

A. I used to work cleaning houses. Memphis, Tennessee. 6 months.

4

Initials C R R L

Q. Do you own any property and if so where is it located?
(¿Eres dueño de alguna propiedad (casa, negocio) y si esto el caso dónde está localizado?)

A. **In Honduras I have my house and thats it. Barrio Suyapa, Honduras.**

Q. Are you now, or have you ever been a member of the United States Military (Give dates of service)?
(¿Es usted ahora, o ha sido un miembro de las fuerzas armadas de los Estados Unidos (Quales fueron las fechas de servicio)?)

A. **No.**

Q. What is the name of the school you attended in the U.S.?
(¿Cuál es el nombre de la escuela a la que asistió en los estados unidos?)

A. **No I didn't go to any school.**

Q. What is the name of the school you attended in your country?
(¿Cuál es el nombre de la escuela a la que asistió en su país?)

A. **Benigno Agusto Estrada, Puerto Cortes, Honduras**

Q. What is the name of the church you attended in your country?
(¿Cuál es el nombre de la iglesia a la que asistió en su país?)

A. **Sagrado Corazon de Jesus**

Q. Is there anything else you want to add to this statement?
(¿Hay alguna otra cosa que quieres agregar a esta declaración?)

A. Yes. First I would like to ask for forgiveness for being in the United States. I am afraid to go back to Honduras because I witnessed a murder. I was threatened by MS-13. My husband beat me up and broke my cartilege. I almost died. I only ask for forgiveness for being here.

Q. Did you understand all the questions?
(¿Entendio todas las preguntas?)

A. Yes.

5

Iniciales C R R L

# Affidavit Page

I have (or have had read to me) this statement, consisting of 6 pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interview on the date indicated by the above-named officer of the U.S. Immigration and Customs Enforcement. I have initialed each page of this statement (and the corrections noted on page(s) ___)

Signature: _____

Sworn and Subscribed to before me at: _____ New York, NY

On _____02/27/2026_____

_____ 05597
Officer, U.S. Immigration and Customs Enforcement

Witnessed by: _____Melissa_____ 2/27/26

Page __6__ of __6__

6

Initials c RR L

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM**

# AFFIDAVIT
## IN AN ADMINISTRATIVE PROCEEDING

IN RE:  Ramirez Lopez, Candida Reina          FILE NO.  A 098982272

EXECUTED AT  New York, NY          DATE  02/27/2026

Before the following officer of the U.S. Immigration and Customs Enforcement: DO Shanahan 05597

In the _____ Spanish _____ language.  Interpreter  DO Barberan-Alas 10730  used

I, _____ Ramirez Lopez, Candida Reina _____ , acknowledge that the above-named officer has identified himself to me as an officer of the U.S. Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality Laws of the United States. He has informed me that he desires to take my sworn statement regarding:

### MY IMMIGRATION STATUS IN THE UNITED STATES

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

You have been arrested or interviewed because it is believed you are a alien not lawfully entitled to be or remain in the United States.

You have the right to be represented by counsel of your choice at no expense to the Government.

Any statement you make may be used against you in a subsequent administrative proceeding.

A decision will be made within 24 hours or less as to whether you will be continued in custody or released on bond or recognizance

I am willing to make a statement without any one else being present. I swear that I will tell the truth, the whole truth and nothing but the truth, so help me, God

Being duly sworn, I make the following statement:

Q.  What is your true and correct name? ( last, first, middle )
(¿Cuál es su nombre correcto y verdadero?)

A.  _____

Q.  Do you use any other names? (last, first, middle)
(¿Utiliza cualquier otros nombres?)

A.  *AMMENDMENT* Yes, the name of when I was married. Last name Gomez.
Candida Reina Ramirez de Gomez.

Q.  What city and country were you born in?
(¿En qué ciudad y país nació usted?)

A.  _____

Q.  What country are you a citizen of?          What country issued you a passport?
(¿De qué país eres ciudadano?)Qué país le emitió un pasaporte?

A.  _____

1

Initials CRRL

DHS 023

U.S. Department of Homeland Security     Subject ID : 401650507     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS)    First    Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|
| RAMIREZ-LOPEZ, CANDIDA REINA | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | E411614 HONDURAS | NYC2602003728 098 982 272 | 63 | 130 | NOT |

U.S. Address
3970 VICTORY BLVD STATEN ISLAND, NEW YORK, 10314, UNITED STATES

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 03/09/2019 Unknown Time, ROM, WI-Without Inspection | | 920345HC5 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| BARRIO SUYAPA 7 CALLE NUEVA AVENIDA PUERTO CORTES, CORTES, HONDURAS | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 10/20/1971    Age: 54 | 02/27/2026 | NYC/NYC | See I-831 | 02/27/2026 11:31 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| SAN PEDRO SULA, CORTES, HONDURAS | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| GOMEZ, JESUS RAMON NATIONALITY: HONDURAS | 1-HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RAMIREZ, CANDIDO NATIONALITY: HONDURAS | LOPEZ, MANDITA NATIONALITY: HONDURAS ADDRESS: BARRIO SUYAPA 7 CALLE NUEVA AVENIDA PUERTO CORTES, CORTES, HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | See Narrative | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 16930752     Left Index fingerprint     Right Index fingerprint

FAMILY INFORMATION
--------------------
Father:RAMIREZ, CANDIDO is a citizen of HONDURAS.
Mother:LOPEZ, MANDITA is a citizen of HONDURAS.
Spouse:GOMEZ, JESUS is a citizen of HONDURAS.
Son:GOMEZ-RAMIREZ, CRISTOFER has A# 203478632, is a citizen of HONDURAS, and their immigration status is Inadmissible Alien.

OTHER ALIASES KNOWN BY:
----------------------- ...(CONTINUED ON I-831)

M05597 SHANAHAN
Deportation Officer

| Alien has been advised of communication privileges   2/27/26   MS   (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents)   (Report of Interview) |
|---|---|
| T-File | Officer: M05597 SHANAHAN |
| | on: February 27, 2026    (time) |
| | Disposition: REINSTATEMENT OF DEPORT ORDER I-871 |
| | Examining Officer: HAYNES, K11317 |

Form I-213 (Rev. 08/01/07)

DHS 024

U.S. Department of Homeland Security          Continuation Page for Form I-213

| Alien's Name<br>RAMIREZ-LOPEZ, CANDIDA REINA | File Number<br>098 982 272<br>Event No: NYC2602003728 | Date<br>02/27/2026 |
|---|---|---|

RAMIREZ LOPEZ DE GOMEZ, CANDIDA REINA

IMMIGRATION RECORD
------------------
2005-04-23 Hidalgo, TX/Foot - V: WA/NTA Warrant of Arrest/Notice to Appear


SUBJECT HEALTH STATUS
---------------------
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
------------------------------
02/27/2026 - 212a9Aii - ALIEN PREVIOUSLY REMOVED ONCE, NOT AS AN ARRIVING ALIEN (NOT
AGGRAVATED FELONS)

RECORDS CHECKED
---------------
CIS checked on 02/27/2026 with Positive result.EARM checked on 02/27/2026 with Positive
result.IAFIS checked on 02/27/2026 with Positive result.NCIC checked on 02/27/2026 with
Negative result.TECS checked on 02/27/2026 with Positive result.

TYPE OF EMPLOYMENT
------------------
Occupation Not Reported

ARRESTING AGENTS
----------------
T 10730 BARBERAN-ALASM05597 SHANAHAN

ARRESTED AT/NEAR
----------------
26 FEDERAL PLZ, NEW YORK, NEW YORK, 10278, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
ENCOUNTER:
On February 27, 2026, 2025, Subject RAMIREZ LOPEZ, Candida Reina 098 982 272 (DOB 10/20/1971
COC: HONDURAS) reported to 26 Federal Plaza, New York, NY, 5th floor with a scheduled
check-in to be reinstated as per the stipulation and [proposed] order by the United States
District Court Southern District of New York. Subject was reprocessed as a reinstatement of
removal order (I-871) and released on Order of Supervision (OSUP) and enrolled into the
Alternative to Detention program and placed on monthly biometric reporting. RAMIREZ LOPEZ
was served the reasonable fear interview (M-488).

IMMIGRATION HISTORY:
On April 25, 2005, RAMIREZ LOPEZ was arrested and apprehended by Border Patrol Agents near
the Rio Grande River 2 miles west of the HIDALGO, TX Port of Entry. Border Patrol agents
served RAMIREZ LOPEZ with a Warrant of Arrest/Notice to Appear and placed in removal
proceedings, per Section 212(a)(6)(A)(i) of the INA. RAMIREZ LOPEZ was released on her own
recognizance due to lack of camp space.
On October 21, 2005, RAMIREZ LOPEZ was ordered remove in absentia by the Harlingen, Texas
Immigration Judge.
On April 13, 2018, RAMIREZ LOPEZ applied for a Temporary Visitor For Business (Including
Peace Corps)/ Pleasure (B1/B2) visa to enter the United States under the name RAMIREZ LOPEZ

| Signature<br>M05597 SHANAHAN | Title<br>Deportation Officer |
|---|---|

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 025

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name<br>RAMIREZ-LOPEZ, CANDIDA REINA | File Number<br>098 982 272<br>Event No: NYC2602003728 | Date<br>02/27/2026 |
|---|---|---|

DE GOMEZ, CANDIDA REINA.
On May 18, 2018, The State Department refused the visa application with the refusal remarks "Family of three - older couple with young son (their other 3 kids are adults. They could be the grandparents.) AMCIT aunt, married to someone who works with cars, they say. Husband is police officer, low salary. Mom has small food store. No prior international travel. Dad has IDENT hit for EWI but ineligibility has already expired".
On March 9, 2019, RAMIREZ LOPEZ was arrested and apprehended by Border Patrol Agents in the Rio Grande Valley, Texas. RAMIREZ LOPEZ was processed for Reinstatement of Prior Order of Removal as per section 241(a)(5) of the Immigration and Nationality Act.
On June 4, 2025, RAMIREZ LOPEZ, reported to the Intense Supervision Appearance Program (ISAP) at 7 Elk St, New York, NY and was taken into custody by Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) officers. RAMIREZ LOPEZ was processed as a bag and baggage final order.
On August 8, 2025, RAMIREZ LOPEZ filed a motion to reopen with the Immigration Judge (IJ).
On September 18, 2025, the IJ denied the motion to reopen.
On October 16, 2025, RAMIREZ LOPEZ filed an appeal with the Board of Immigration Appeals, currently pending.

CRIMINAL HISTORY:
No known criminal history in the U.S.
FBI# 920345HC5
FIN# 16930752

IDENTIFICATION:
Copy of Honduras passport No: G210543

MEDICAL:
RAMIREZ LOPEZ claims good health and is not taking any medication.

APPLICATIONS:
RAMIREZ LOPEZ has a Pending Petition for U Nonimmigrant Status (I-918) and a pending application for Advance Permission to Enter as a Non-Immigrant (I-192).

CONSULAR NOTIFICATION:
RAMIREZ LOPEZ was informed of her right to notify the consulate of HONDURAS of her arrest/detention. RAMIREZ LOPEZ declined to notify HONDURAS. Notification is not mandatory for HONDURAS.

PHONE CALL:
RAMIREZ LOPEZ was in possession of her phone the entire time.

MILITARY:
RAMIREZ LOPEZ stated she has never served with any of the United States military branches.

GANG/TERRORISM AFFILIATIONS:
RAMIREZ LOPEZ stated she is not affiliated with any gangs or terrorist organizations.

FUNDS/PROPERTY:
No funds were taken from RAMIREZ LOPEZ.

DISPOSITION:
Forms Executed: I-205, I-200, I-229A, I-294, I-229B, I-871, FD-249, M-488, Velesaca form, Notice of Adverse Decision in Bautista v. Noem, and consulate notification.
Attorney Melissa Banks was present serving the documents.

OTHER IDENTIFYING NUMBERS
---------------------------

| Signature<br>M05597 SHANAHAN | Title<br>Deportation Officer |
|---|---|

_____3_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 026

**U.S. Department of Homeland Security**        **Continuation Page for Form** I-213

| Alien's Name RAMIREZ-LOPEZ, CANDIDA REINA | File Number 098 982 272 Event No: NYC2602003728 | Date 02/27/2026 |
|---|---|---|

ALIEN-098982272

| Signature M05597 SHANAHAN | Title Deportation Officer |
|---|---|

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 027

 

U.S. Department of Homeland Security | **Warrant of Removal/Deportation**

**File No:** A098 982 272
**Event No:** RGC1903000302
**Date:** March 14, 2019

## To any immigration officer of the United States Department of Homeland Security:

CANDIDA REINA RAMIREZ-LOPEZ

(Full name of alien)

who entered the United States at ROMA, TEXAS on March 09, 2019
(Place of entry) (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings
☐ a designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5) of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
THE DEPARTMENT OF HOMELAND SECURITY.

JOSE BAUTISTA
(Signature of immigration officer)

ACTING PATROL AGENT IN CHARGE
(Title of immigration officer)

March 14, 2019 Harlingen, Texas
(Date and office location)

Form I-205 (Rev. 08/01/07) N

DHS 028

To be completed by immigration officer executing the warrant:
Name of alien being removed:

CANDIDA REINA RAMIREZ-LOPEZ

A098 982 272

**Port, date, and manner of removal:** _____



Photograph of alien
removed

Right index fingerprint
of alien removed

*Candida Reina Ramirez Lopez*
(Signature of alien being fingerprinted)

VICTOR BARROSO JR
Border Patrol Agent
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07) N

DHS 029

## DEPARTMENT OF HOMELAND SECURITY
### U.S. Immigration and Customs Enforcement
## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

**A-File Number:** A098 982 272

**Date:** 03/14/2019

**Alien's name:** CANDIDA REINA RAMIREZ-LOPEZ

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

| | | |
|---|---|---|
| VICTOR BARROSO JR | Border Patrol Agent | HARLINGEN, TX, BORDER PATROL STATION |
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS office) |

DHS Form I-294 (3/12)

Page 1 of 1

DHS 030

# Department of Homeland Security

# FOR OFFICIAL USE ONLY

THE ATTACHED MATERIALS CONTAIN DEPARTMENT OF HOMELAND SECURITY INFORMATION THAT IS "FOR OFFICIAL USE ONLY," OR OTHER TYPES OF SENSITIVE BUT UNCLASSIFIED INFORMATION REQUIRING PROTECTION AGAINST UNAUTHORIZED DISCLOSURE.  THE ATTACHED MATERIALS WILL BE HANDLED AND SAFEGUARDED IN ACCORDANCE WITH DHS MANAGEMENT DIRECTIVES GOVERNING PROTECTION AND DISSEMINATION OF SUCH INFORMATION.

AT A MINIMUM, THE ATTACHED MATERIALS WILL BE DISSEMINATED ONLY ON A "NEED-TO-KNOW" BASIS AND WHEN UNATTENDED, WILL BE STORED IN A LOCKED CONTAINER OR AREA OFFERING SUFFICIENT PROTECTION AGAINST THEFT, COMPROMISE, INADVERTENT ACCESS AND UNAUTHORIZED DISCLOSURE.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
HARLINGEN, TEXAS

IN THE MATTER OF:                           DATE: Oct 21, 2005
RAMIREZ-LOPEZ, CANDIDA REINA

                                            CASE NO.  A98-982-272

RESPONDENT IN REMOVAL PROCEEDINGS           DECISION

Jurisdiction was established in this matter by the filing of the Notice to
Appear issued by the Immigration and Naturalization Service, with the
Executive Office for Immigration Review and by service upon the
respondent.  See 8 C.F.R. sections 3.14(a), 103.5a.

The respondent was provided written notification of the time, date and
location of the respondent's removal hearing.  The respondent was also
provided a written warning that failure to attend this hearing, for other
than exceptional circumstances, would result in the issuance of an order of
removal in the respondent's absence provided that removability was established.
Despite the written notification provided, the respondent failed to appear
at his/her hearing, and no exceptional circumstances were shown for his/her
failure to appear.  This hearing was, therefore, conducted in absentia pursuant
to section 240(b)(5)(A) of the Immigration and Nationality Act.

    [  ]  At a prior hearing the respondent admitted the factual allegations
          in the Notice to Appear and conceded removability.  I find
          removability established as charged.

    [✓]   The Immigration and Naturalization Service submitted documentary
          evidence relating to the respondent which established the truth
          of the factual allegations contained in the Notice to Appear.  I
          find removability established as charged.

I further find that the respondent's failure to appear and proceed with
any applications for relief from removal constitutes an abandonment
of any pending applications and any applications the respondent may have
been eligible to file.  Those applications are deemed abandoned and
denied for lack of prosecution.  See Matter of Pearson, 13 I&N Dec. 152
(BIA 1969); Matter of Perez, 19 I&N Dec. 433 (BIA 1987); Matter of R-R,
20 I&N Dec. 547 (BIA 1992).

ORDER:   The respondent shall be removed to HONDURAS or in the
alternative to                                        on the charge(s)
contained in the Notice to Appear.

                                    _____
                                    ELEAZAR TOVAR
                                    Immigration Judge

cc:  Assistant District Counsel
     Attorney for Respondent/Respondent                          Z1

CIP

DHS 032

RE:   RAMIREZ-LOPEZ, CANDIDA REINA

File:   A98-982-272

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:   MAIL (M)       PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: _10/31/05_    BY:  COURT STAFF _____
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

C1

CIP

DHS 033

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID:398838414
**File No:** 098 982 272
Event No:NYC2506000267
**Date:** June 16, 2025

**To any immigration officer of the United States Department of Homeland Security:**

CANDIDA REINA RAMIREZ-LOPEZ
_____
(Full name of alien)

who entered the United States at  Unknown _____  on **Unknown** _____
(Place of entry)                           (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

212a6Ai;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security 2025

BRET DO1636 BRADFORD  *Carlo Jimenez*  Acting AFOD
_____
(Signature of immigration officer)

FIELD OFFICE DIRECTOR
_____
(Title of immigration officer)

June 16, 2025, Houston, Texas
_____
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

DHS 034

. ...en No: 098 982 272

To be completed by immigration officer executing the warrant: Name of alien being removed:

CANDIDA REINA RAMIREZ-LOPEZ

**Port, date, and manner of removal:** _____



Photograph of alien
removed



Right index fingerprint
of alien removed

x REFUSED TO SIGN
_____
(Signature of alien being fingerprinted)

FREDERICK KUEHNER - immigration service officer
_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)

Page 2 of 2

DHS 035

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement
## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No:NYC2506000267

**A-File Number:** 098 982 272

**Date:** 06/16/2025

Alien's name: CANDIDA REINA RAMIREZ-LOPEZ

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒ For a period of 10 years from the date of your departure from the United States because you have been found:

☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☒ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

> **WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

> **SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

FREDERICK KUEHNER

(Signature of officer serving warning)

immigration service officer

(Title of officer)

HOUSTON, TX

(Location of DHS office)

DHS Form I-294 (3/12)

Page 1 of 1

DHS 036

DHS 037

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: 398838414
File No: 098 982 272
Event No: NYC2506000267
Date: June 4, 2025

**To any immigration officer of the United States Department of Homeland Security:**

CANDIDA REINA RAMIREZ-LOPEZ
_____
(Full name of alien)

who entered the United States at ROMA, TX _____ on **March 9, 2019** _____
(Place of entry)                                     (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

212a9Ai;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security 2025

JUDITH ALMODOVAR
_____
(Signature of immigration officer)

Active Deputy Field Office Director _____
(Title of immigration officer)

June 4, 2025, New York, New York
_____
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

DHS 038

n No: 098 982 272

To be completed by immigration officer executing the warrant: Name of alien being removed:

CANDIDA REINA RAMIREZ-LOPEZ

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)

Page 2 of 2

DHS 039

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**WARNING TO ALIEN ORDERED REMOVED OR DEPORTED**

Event No:NYC2506000267

**A-File Number:** 098 982 272

**Date:** 06/04/2025

Alien's name: CANDIDA REINA RAMIREZ-LOPEZ

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

> **WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

> **SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

_____  _____  _____
(Signature of officer serving warning)  (Title of officer)  (Location of DHS office)

DHS Form I-294 (3/12)

Page 1 of 1

DHS 040

U.S. Department of Homeland Security

# Warrant of Removal/Deportation

File No: A098 982 272
Event No: RGC1903000302
Date: March 14, 2019

## To any immigration officer of the United States Department of Homeland Security:

CANDIDA REINA RAMIREZ-LOPEZ

(Full name of alien)

who entered the United States at ROMA, TEXAS on March 09, 2019

(Place of entry)   (Date of entry )

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings

☐ a designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5) of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
THE DEPARTMENT OF HOMELAND SECURITY.

JOSE BAUTISTA
(Signature of immigration officer)

ACTING PATROL AGENT IN CHARGE
(Title of immigration officer)

March 14, 2019        Harlingen, Texas
(Date and office location)

Form I-205 (Rev. 08/01/07) N

DHS 041

To be completed by immigration officer executing the warrant:
Name of alien being removed:

CANDIDA REINA RAMIREZ-LOPEZ

A098 982 272

**Port, date, and manner of removal:**

Photograph of alien
removed

Right index fingerprint
of alien removed

*Condida Reina Ramirez Lopez*
(Signature of alien being fingerprinted)

VICTOR BARROSO JR
Border Patrol Agent

(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07) N

DHS 042

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

**A-File Number:** A098 982 272

**Date:** 03/14/2019

Alien's name: CANDIDA REINA RAMIREZ-LOPEZ

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

VICTOR BARROSO JR
(Signature of officer serving warning)

Border Patrol Agent
(Title of officer)

HARLINGEN, TX, BORDER PATROL STATION
(Location of DHS office)

DHS Form I-294 (3/12)

Page 1 of 1

DHS 043

U.S. Department of Homeland Security

# Notice of Intent/Decision to Reinstate Prior Order

File No. A098 982 272

Event No: RGC1903000302

FINS #: 16930752

Date: March 14, 2019

Name: CANDIDA REINA RAMIREZ-LOPEZ

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of **REMOVAL** entered against you. This intent

(Deportation / exclusion / removal)

is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **October 21, 2005** at

(Date)

**HARLINGEN, TEXAS**

(Location)

2. You have been identified as an alien who:

☐ was removed on _____ pursuant to an order of deportation / exclusion / removal.

(Date)

☒ departed voluntarily on **September 15, 2005** pursuant to an order of deportation / exclusion / removal on or

(Date)

after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **March 09, 2019** at or near **ROMA, TEXAS**

(Date) (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language*

VICTOR BARROSO JR

(Printed or typed name of official)

(Signature of officer)

**Border Patrol Agent**

(Title of officer)

---

## Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

3/14/19

(Date)

Candida Reina Ramirez Lopez

(Signature of Alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

March 14, 2019

(Date)

HARLINGEN, TEXAS

(Location)

(Signature of authorized deciding official)

JOSE BAUTISTA

(Printed or typed name of official)

ACTING PATROL AGENT IN CHARGE

(Title)

Form I-871 (Rev. 08/01/07)

DHS 044

**U.S. Department of Justice**
Immigration and Naturalization Service

**W...ant of Removal/Deportation**

File No: **A98 982 272**

Date: **October 21, 2005**

**To any officer of the United States Immigration and Naturalization Service:**

**Candida Reina RAMIREZ-Lopez**
( Full name of alien )

who entered the United States at     **Hidalgo, Texas**     on     **April 23, 2005**
                                    ( Place of entry )                                  ( Date of entry )

is subject to removal/deportation from the United States, based upon a final order by:

[x] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a district director or a district director's designated official

[ ] the Board of Immigration Appeals

[ ] a United States or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 212 (a)(6)(A)(i) of the Immigration and Nationality Act .**

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: the Appropriation: "Salaries & Expenses, Immigration and Naturalization Service, 2006" including the expenses of an attendant, if necessary

( Signature of INS official )
Marc J. Moore
Field Office Director, DRO
( Title of INS official )
October 25, 2005 Harlingen,Texas
( Date and office location )

Form I-205(Rev. 4-1-97)N

DHS 045

To be completed by Service officer executing the Warrant:
Name of alien being removed

## Candida Reina RAMIREZ-Lopez

Port, date, and manner of removal: _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
( Signature of alien being fingerprinted )

_____
( Signature and title of INS official taking print )

Departure witnessed by: _____

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here [ ]

Departure Verified by: _____
( Signature and title of INS official )

Form I-205 (Rev 4-1-97)N

DHS 046

**US Department of Justice**
Immigration and Naturalization Service

**Warning to Alien Ordered Removed or Deported**

File No:  **A98 982 272**

Date:  **October 21, 2005**

Alien's full name:  **Candida Reina RAMIREZ-Lopez**

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act, you are prohibited from entering, attempting to enter, or being in the United States:

[ ] For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under Section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

[x] For a period of 10 years from the date of your departure from the United States because you have been found:

    [ ] deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    [ x ] inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

    [ ] deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act

    [ ] deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States Magistrate court.

[ ] For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

    [ ] inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    [ ] deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    [ ] deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

    [ ] deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1,1997 under section 242 of the Act.

    [ ] to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

[ ] At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

> **WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.**

_____     _____     _____
( Signature of officer serving warning )       ( Title of officer )       ( Location of INS office )

Form I-294 (Rev. 6-1-97)N

DHS 047

U. S. Department of Justice

Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A098 982 272**
Case No: **MCS0504000846**
FIN #: **16930752**

In the Matter of:

Respondent: **Candida Reina RAMIREZ-Lopez** _____ currently residing at:

**FAILED TO PROVIDE** _____ _____

(Number, street, city state and ZIP code)        (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**201 East Jackson Street Harlingen TEXAS US 78550** _____

(Complete Address of Immigration Court, Including Room Number, if any)

on **October 21, 2005**    at **09:30 a.m.**    to show why you should not be removed from the United States based on the
(Date)        (Time)

charge(s) set forth above.

PATRICIA I. SALCIDO
SUPERVISORY BORDER PATROL AGENT

(Signature and Title of Issuing Officer)

**Brownsville, Texas** _____

Date: **April 25, 2005** _____        (City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

DHS 048

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____     Date: _____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on **April 25, 2005**_____, in the following manner and in
                                                          (Date)

compliance with section 239(a)(1)(F) of the Act:

☒ in person      ☐ by certified mail, return receipt requested      ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the **Spanish**_____ language of the time and place of his or her hearing
and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          _____
(Signature of Respondent if Personally Served)          JOHN GILBERT
                                         SENIOR PATROL AGENT
                                         (Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

DHS 049

**U.S. Department of Justice**
Immigration and Naturalization Servic

**Continuatio    age for Form**   I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Candida Reina RAMIREZ-Lopez | Case No: MCS0504000846<br>A098 982 272 | April 25, 2005 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of HONDURAS and a citizen of HONDURAS;

3) You arrived in the United States at or near Hidalgo, Texas, on or about April 23, 2005;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

| Signature  Patricia Salcido by gh<br>PATRICIA I. SALCIDO | Title<br>SUPERVISORY BORDER PATROL AGENT |
|---|---|

_3_ of _3_ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

DHS 050



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**HARLINGEN IMMIGRATION COURT**



RECE...
SEP 2 9 202...
RECEIVE
SEP 2 9 2025
BY:

Respondent Name:

RAMIREZ-LOPEZ, CANDIDA REINA

To:

Wilkins, David Bruce
60 Bay Street
Suite 900
Staten Island, NY 10301

A-Number:
098-982-272
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
09/18/2025

## ORDER OF THE IMMIGRATION JUDGE

Respondent was ordered removed from the United States *in absentia* on 10/21/2005

☑ Respondent ☐ the Department of Homeland Security has now filed a motion to reopen these proceedings.

Upon reading and considering the motion, and any opposition from the non-moving party, the motion is ☐ granted ☑ denied for the following reason(s):

☑ Failure to demonstrate that Respondent's failure to appear was the result of exceptional circumstances. *See* INA § 240(b)(5)(C)(i), (e)(1).

☑ Failure to demonstrate that the Respondent did not receive notice under INA § 239(a)(1)-(2). *See* INA § 240(b)(5)(C)(ii).

☑ Other:

The facts and evidence do not support rescission pursuant to 8 U.S.C. 1229a (b)(5)(C)(i) and Respondent's motion is untimely, filed 19 years after she was ordered removed.

On Apri 25, 2005, Respondent was personally served with a Notice to Appear ("NTA") with a hearing scheduled for October 21, 2005. Exh. 1, I-862 NTA. The certificate of service in the NTA contains the Respondent's signature and fingerprint, acknowledging that she was personally served. Id. Respondent was informed in her native language, Spanish, of the time and location of her hearing, as well as the consequences of not appearing. Id. The record reflects Respondent was notified of her hearing, she has not shown that her failure to appear at the hearing was the result of insufficient notice. See INA §§. 239(a)(1), 240(b)(5)(C)(ii).

Further, the record indicates that Respondent's removal proceedings are barred from being reopened pursuant to INA § 241(a)(5), which states that when a respondent has "reentered the United States illegally after having been removed or having departed voluntarily, under an order of removal, the prior order of removal is reinstated from its original date and is not subject to being reopened or reviewed, the [respondent] is not eligible and may not apply for any relief under this Act...." INA § 241(a)(5). The

DHS 051

Supreme Court has held

that "section 241(a)(5) applies to all illegal reentrants, explicitly insulates the removal orders from review, and generally forecloses discretionary relief from the terms of the reinstated order." Fernandez-Vargas v. Gonzales, 548 U.S. 30, 33 (2006). The Fifth Circuit Court of Appeals has more recently reached the same conclusion. See Rodriguez-Saragosa v. Sessions, 904 F.3d 349, 354 (5th Cir. 2018) (noting "that every [respondent] ordered removed from the United States has a right to file one motion to reopen his or her

removal proceedings...." but "a [respondent] forfeits that right by reentering the country illegally."). Additionally, because it is Respondent's burden to show that she merits reopening of her case, it is also the respondent's burden to show that she is not subject to reinstatement. Matter of Coelho, 20 I&N Dec. 464 (BIA 1992); INS v. Doherty, 502 U.S. 314, 315-16 (1992).

Respondent's Motion to Rescind and Reopen ("Motion to Reopen"), contains a sworn declaration by Deportation Officer Matthew Alexander ("D.O. Alexander") at Exhibit K. In his declaration, D.O. Alexander relays the information gained by immigration officers from Respondent upon her apprehension after re-entry to the United States on March 9, 2019. According to D.O. Alexander's statement, the Respondent signed a sworn statement on March 14, 2019, stating that she was previously in the United States and departed on September 15, 2005. Respondent admitted to unlawful re-entry without valid documents and without having been admitted or paroled. The referenced sworn statement has not been submitted to the Court. DHS-ICE issued a Notice of Intent/Decision to Reinstate Prior Order ("Reinstatement Order"), Form I-871 based on Respondent's statements to DHS-CBP in her sworn statement on March 14, 2019. On June 26, 2025, DHS-ICE rescinded the Reinstatement Order as improvidently issued, due Respondent's previous testimony of the September 15, 2005 departure. According to D.O. Alexander, DHS-ICE intends to remove Respondent pursuant to the October 21, 2005 removal order.

Additionally, Respondent submitted a statement under penalty of perjury with her Motion to Reopen. See Respondent's Motion to Reopen, Exhibit B. In her statement, Respondent attests that she first entered the United States on April 23, 2005 and was taken into custody. Respondent further attests that while in custody, she was transferred to Houston, Texas, from where she was released and then traveled to Kenner, Louisiana where she lived with her aunt. Further, she attests that she relocated to Rhode Island in August 2005 for fear of impending hurricane Katrina. Respondent stated that she remained in Rhode Island for a few months and returned to New Orleans in 2006. Meanwhile, she was ordered removed in absentia on October 10, 2005 after failing to appear for her hearing. According to Respondent, she remained in New Orleans, until she returned to Honduras by plane in September 2006.

There is a clear contradiction between Respondent's sworn statement to DHS-CBP and her sworn statement to the Court. According to D.O. Alexander, Respondent told DHS-CBP that after her first entry, she departed the U.S. on September 15, 2005. In her statement to the Court, the Respondent states that she departed the U.S. in September of 2006. The Court will give full weight and credit to the sworn statement provided by Respondent with her Motion to Reopen, as this was made with the assistance of counsel, after a meaningful period for reflection. Whether the Respondent provided false testimony to DHS-CBP in her sworn statement or whether the date was a typographical

DHS 052

error is not of consequence at this time, and neither is whether Respondent departed before or after the Court ordered her removed in absentia as under either scenario, she is considered to have been removed in pursuance of law. The Court finds that based on the record of proceeding and the evidence presented in Respondent's Motion to Rescind and Reopen, Respondent self-deported and is subject to reinstatement of removal, the rescinded Reinstatement Order notwithstanding.

Therefore, because Respondent appears to be subject to reinstatement of the prior removal orders, her removal proceedings are not subject to being reopened. INA § 241(a)(5); see also U.S. v. Ramirez-Carcamo, 559 F.3d 384, 389 (5th Cir. 2009) ("No matter whether the removal order comes first and the [respondent] then departs, or, as here, the departure comes first and then removal is ordered in absentia, the [respondent] ultimately is outside the country with an enforceable order requiring that he have exited. When both have occurred, the person is 'considered to have been ... removed in pursuance of law.'") (internal citation omitted); see also Rodriguez-Saragosa v. Sessions, 904 F.3d 349, 354 (5th Cir. 2018) (noting '"that every [respondent] ordered removed from the United States has a right to file one motion to reopen his or her removal proceedings, but "a [respondent] forfeits that right by reentering the country illegally.") (internal citation omitted).

To be clear, the Court is not ordering the reinstatement of the respondent's prior removal order. That is something the Court has no authority or jurisdiction to do. Matter of W-C-B-, 24 I&N Dec. 118 (BIA 2007). The Court is simply noting that Respondent has not established that she is not subject to reinstatement and the provisions of INA § 241(a)(5). In other words, Respondent has not established that the Court has jurisdiction to grant her Motion to Reopen.

DHS 053

*[signature]*

Immigration Judge: Delia Gonzalez 09/18/2025

Appeal:    Department of Homeland Security: ☐ waived  ☐ reserved
           Respondent:                      ☐ waived  ☐ reserved
Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ M ] Alien atty/rep. | [ P ] DHS

Respondent Name : RAMIREZ-LOPEZ, CANDIDA REINA | A-Number : 098-982-272

Riders:

Date: 09/19/2025 By: De La Rosa, Belia, Court Staff

DHS 054

U.S. Department of Homeland Security     Subject ID : 398838414     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RAMIREZ-LOPEZ, CANDIDA REINA | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | E411614 HONDURAS | NYC2506000267 098 982 272 | 63 | 130 | LABORER |

**U.S. Address**
3970 VICTORY BLVD STATEN ISLAND, NEW YORK, 10314

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| 03/09/2019 Unknown Time, ROM, | | 920345HC5 | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| BARRIO SUYAPA 7 CALLE NUEVA AVENIDA PUERTO CORTES, CORTES, , HONDURAS | L |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 10/20/1971   Age: 53 | 06/04/2025 | NYC/NYC | See I-831 | 06/04/2025 17:47 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| SAN PEDRO SULA, CORTES, HONDURAS | | RC 05800 COWAN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| GOMEZ, JESUS RAMON NATIONALITY: HONDURAS | 1-HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| RAMIREZ, CANDIDO NATIONALITY: HONDURAS | LOPEZ, MANDITA NATIONALITY: HONDURAS ADDRESS: BARRIO SUYAPA 7 CALLE NUEVA AVENIDA PUERTO CORTES, CORTES, , HONDURAS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 16930752     Left Index fingerprint     Right Index fingerprint

```
Subject Health Status
---------------------
The subject claims good health.

Current Administrative Charges
------------------------------
03/09/2019 - 212a9Ai - ALIEN PREVIOUSLY REMOVED ONCE, AS AN ARRIVING ALIEN (NOT AGGRAVATED FELONS)

Previous Criminal History ...(CONTINUED ON I-831)
```

| Alien has been advised of communication privileges 06/04/25 A-R (Date/Initials) | AR 10319 RAINA Deportation Officer (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: A-file | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: AR 10319 RAINA |
| | on: June 4, 2025     (time) |
| | Disposition: Bag and Baggage |
| | Examining Officer: CHAE, K 9798 |

Form I-213 (Rev. 08/01/07)

DHS 055

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RAMIREZ-LOPEZ, CANDIDA REINA | 098 982 272<br>Event No: NYC2506000267 | 06/04/2025 |

```
---------------------------------
Subject has no criminal history

RECORDS CHECKED
----------------
CIS Pos
CLAIM Pos
EARM Pos
NCIC Neg
TECS Neg
IAFIS Pos


FUNDS IN POSSESSION
--------------------
United States Dollar 6,485.27


AT/NEAR
--------
New York, New York

Record of Deportable/Excludable Alien:
--------------------------------------
ENCOUNTER DATA:
On June 4, 2025, Subject LOPEZ, CANDIDA 098982272 (DOB 10/20/1971 HONDURAS) was encountered
at 7 Elk St, New York, NY 10007 BI office Subject was taken into custody and escorted to the
ICE - ERO processing area located at 26 Federal Plaza New York, NY 10278 for further
processing.

IMMIGRATION HISTORY:
04/23/2005 - LOPEZ entered the Unites States near the HIDALGO, TX border without being
inspected by an immigration officer. Border Patrol served LOPEZ with a Notice to Appear
alleging inadmissibility under Section 212(a)(6)(A)(i).
04/08/2004 - LOPEZ overstayed his visa and did not amend change of status.
10/21/2005 - LOPEZ was ordered remove in absentia by the Immigration Judge.
12/01/2018 - LOPEZ applied for a B2 visa to enter the United States.  The State Department
refused the visa application.
03/09/2019 - LOPEZ illegally re-entered the Unites States near the ROMA, TX border without
being inspected by an immigration officer. Border Patrol served LOPEZ with a Notice of
intent to Reinstate Prior Order under Section 241(a)(5).

CRIMINAL HISTORY:
No criminal history.

FBI# 098982272
FIN# 16930752
DNA SAMPLE: F4573532

IDENTIFICATION:
Three expired HONDURAS cedulas

MEDICAL
LOPEZ claims good health and is not taking any medication.
```

| Signature | Title |
|---|---|
| AR 10319  RAINA | Deportation Officer |

2 of 3 Pages

DHS 056

U.S. Department of Homeland Security

**Continuation Page for Form** I-213

| Alien's Name<br>RAMIREZ-LOPEZ, CANDIDA REINA | File Number<br>098 982 272<br>Event No: NYC2506000267 | Date<br>06/04/2025 |
|---|---|---|

FAMILY
LOPEZ has no childcare issues.

PENDING APPLICATIONS/LITIGATION:
Pending I-918 Petition for U Nonimmigrant Status.

Pending I-192 Application for Advance Permission to Enter as a Non-Immigrant.

CONSULAR NOTIFICATION:
LOPEZ was informed of his right to have the consulate of HONDURAS be notified of his arrest/detention. Notification is not mandatory for HONDURAS.

DISPOSITION:
Forms Executed: I-205, 229A, I-294, I-871, FD- 249, I-213 ODLS, List of Pro Bono Legal Service Providers, Velesaca advisal form (Not Applicable as subject has a final order of removal).

MEALS:
ERO NYC provided LOPEZ with a meal and water.

PHONE CALL:
ERO NYC offered LOPEZ a phone call to her Mirna at (908-316-1712). The call lasted approximately 10 minutes.

MILITARY:
LOPEZ stated he has never served with any of the United States military branches.

GANG/TERRORISM AFFILIATIONS:
LOPEZ stated he is not affiliated with any gangs or terrorist organizations.

BEDSPACE:
Approved by ERO NYC TRO SDDO.

FUNDS/PROPERTY:
$6,485.27 USD inventoried on G589# 5301156

Property inventoried on G-589 # 5232265, 5232281, 5232300, 5232299, 5232294


Other Identifying Numbers
------------------------------
ALIEN-098982272

| Signature<br>AR 10319  RAINA | Title<br>Deportation Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 057

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle |
|---|---|---|
| RAMIREZ-Lopez, Candida Reina | | |

| Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|
| F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number |
|---|---|---|
| HONDURAS | | Case No: MCS0504000846 A098 982 272 |

| Height | Weight | Occupation |
|---|---|---|
| 65 | 110 | LABORER |

**U.S. Address**
FAILED TO PROVIDE

Scars and Marks
**See Narrative**

**Date, Place, Time, and Manner of Last Entry**
04/23/2005, 1300, 2 mile(s) W of HID, PWA (BY WADING)

Passenger Boarded at

| F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|
| 920345HC5 | |

**Number, Street, City, Province (State) and Country of Permanent Residence**
BARRIO SUYAPA CALLE SIETE AVENIDA NUEVE
PUERTO CORTES, PUERTO CORTES HONDURAS

Method of Location/Apprehension
**PB 518.3**

| Date of Birth | | Date of Action | Location Code |
|---|---|---|---|
| 10/20/1971 Age: 33 | | 04/23/2005 | MCA/MCS |

| At/Near | Date/Hour |
|---|---|
| HIDALGO, TEXAS | 04/23/2005 1830 |

| City, Province (State) and Country of Birth | AR | Form: (Type and No.) | Lifted | Not Lifted |
|---|---|---|---|---|
| PUERTO CORTES, PUERTO CORTES, HONDURAS | ☒ | | ☐ | ☐ |

By
**ELIAS ABREGO**

| NIV Issuing Post and NIV Number | Social Security Account Name |
|---|---|
| | |

| Status at Entry | Status When Found |
|---|---|
| PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number |
|---|---|
| | |

Length of Time Illegally in U.S.
**AT ENTRY**

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE - See Narrative | None known |

**Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)** Nationality: HONDURAS
PINEDA-GOMEZ, Jesus Ramon
BARRIO SUYAPA CALLE #7 AVENIDA #9 PUERTO CORTES
CORTES, PUERTO CORTES HONDURAS

Number and Nationality of Minor Children
**3 HONDURAS**

**Father's Name, Nationality, and Address, if Known** Nationality: HONDURAS
RAMIREZ, Candido Ricardo
BARRIO SUYAPA CALLE #7 AVENIDA #9 PUERTO CORTEZ
PUERTO CORTES, DEPT. CORTEZ HONDURAS

Mother's Present and Maiden Names, Nationality, and Address, if Known
LOPEZ-CASTELLANO, Matilde
BARRIO SUYAPA CALLE #7 AVENIDA #9 PUERTO CORTEZ
PUERTO CORTES, DEPT. CORTEZ HONDURAS

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) I6A |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr. / / | / / |

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN #: 16930752

SCARS, MARKS AND TATTOOS
None Visible

MOTHER'S NATIONALITY
HONDURAS

FUNDS IN POSSESSION
25.00      United States Dollar      X _Candida Reina Ramirez_

INS SYSTEMS CHECKS
Central Index System Negative
Computer Linked Application Information Management System Negative
Deportable Alien Control System Negative
Integrated Automated Fingerprint Identification System Negative
Student and Exchange Visitor Information System Negative
Treasury Enforcement Communications System Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by GILBERT

NOTE:

Alien has been advised of communication privileges. _GG 4/25/5_ (Date/Initials)

_John Gilbert_
JOHN GILBERT
SENIOR PATROL AGENT
(Signature and Title of INS Official)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE RGV MCS | Officer: **JOHN GILBERT** on: **April 25, 2005** at **2110** (time) Disposition: **Warrant of Arrest/Notice to Appear** Examining Officer: **SAMUEL FLORES** |

DHS 058

**U.S. Department** of
Immigration and Naturalization Service

**Continuation Page for Form**    I-213

| Alien's Name | File Number<br>Case No: MCS0504000846 | Date |
|---|---|---|
| RAMIREZ-Lopez, Candida Reina | A098 982 272 | 04/23/2005 |

Due to the massive influx of undocumented aliens in the McAllen Border Patrol area of responsibility, subject was transferred to the Brownsville Border Patrol station for further processing.

ARREST DATA:
RAMIREZ-Lopez, Candida Reina (A98 982 272) was 1 of ten apprehended on April 23, 2005 while conducting linewatch operations near Hidalgo, Texas. When subject was questioned as to her citizenship she readily admitted to being a citizen and national of Honduras by virtue of birth.

ENTRY DATA:
Subject claims that she last entered the United States illegally on April 23, 2005, by wading across the Rio Grande River 2 mile west of the Hidalgo, Texas, Port of Entry. Subject entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus she was not admitted, inspected, or paroled into the United States by a U.S. Immigration Official.

TRAVEL DATA:
Subject stated that she left her hometown in Honduras by bus on April 10, 2005 and entered Guatemala legally on the same day. Subject then traveled by bus and foot before making her illegally entry into Chiapas, Mexico on April 13, 2005. Subject traveled through various unknown cities in Mexico by bus and foot until arriving in Reynosa, Tamaulipas on April 19, 2005. Subject remained at an unknown location until she made her illegal entry into the United States on April 23, 2005.

IMMIGRATION DATA: Subject has not applied nor has anyone applied for a petition on her behalf. Subject does not have any immigration documents allowing her to be or remain in the United States legally.

DISPOSITION: Subject was processed for 8 USC 1182 (Removal Proceedings) and was release on her own recognizance due to lack of camp space as per SIEA Rodriguez at approximately 1355 hrs.

NOTE:
Subject was advised of the EOIR-33 requirements to provide a valid address or change of address and telephone number within 10 days of acquiring or moving so that notification of hearing or other correspondence mailed to the address provided by you. Failure to comply with this requirement or report for your upcoming immigration hearing on August 29, 2005, at 8:30 a.m. in New Orleans, Louisiana, may result in your deportation in absentia. Subject stated that she understood everything that was explained to her.

Forms Executed:
I-862, I-286, I-213, I-217, I-94, I-826, EOIR-33, Free list of legal services, FD-249, and R-84.

| Signature<br><br>JOHN GILBERT  *John Gilbert* | Title<br><br>SENIOR PATROL AGENT |
|---|---|

    2    of    3    Pages

Form I-831 Continuation Page (Rev. 6/12/92)

DHS 059

**U.S. Department** Immigration and Naturalization Service

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| RAMIREZ-Lopez, Candida Reina | Case No: MCS0504000846<br>A098 982 272 | 04/23/2005 |

Failure to appear: You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

| Signature | Title |
|---|---|
| JOHN GILBERT *John Gilbert* | SENIOR PATROL AGENT |

_3_ of _3_ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

DHS 060

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Custody Determination**

Candida Reina RAMIREZ-Lopez

FAILED TO PROVIDE

Case No: MCS0504000846
File No: A098 982 272
Date: 04/25/2005
FIN #: 16930752

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☐ detained in the custody of this Service.
☐ released under bond in the amount of $_____.
☒ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

PATRICIA I. SALCIDO _____
(Signature of authorized officer)

SUPERVISORY BORDER PATROL AGENT
(Title of authorized officer)

Brownsville, Texas _____
(INS office location)

☐ I do ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_____     4/25/5
(Signature of respondent)               (Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge     ☐ District Director     ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.      ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.              ☐ Release-Personal Recognizance
☐ Bond amount reset to _____            ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

DHS 061

**U.S. DEPARTMENT OF H ELAND SECURITY**   W: nt for Arrest of Alien

File No: _098-982-272_

Date: _3/19/2019_

**To:** **Any immigration officer authorized pursuant to sections 237 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that _RAMIREZ-LOPEZ, CANDIDA_ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)
M. Page 3518
_Supervisory Detention & Deportation Officer_
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**                          South Texas Family Residential Center

I hereby certify that the Warrant of Arrest of Aliens was served by me at _____ _Dilley, Texas, 78017_
(Location)

on_ _RAMIREZ-LOPEZ, CANDIDA REINA_ on _3/19/2019_ and the contents of this
(Name of Alien)                          (Date of Service)

notice were read to him or here in the _____ _Spanish_ _____ language.
(Language)

J. Drake 8932
Deportation Officer
_____                 _____
Name and Signature of Officer             Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

DHS 062

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name:   RAMIREZ-LOPEZ, CANDIDA REINA          A-File Number:   098-982-272

Date:   3/19/2019

Event ID:   RGC1903000302          Subject ID:   364207928

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and Part 236 of Title 8, Code of Federal Regulations, I have determined that pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security

☑ Released

    ☐ Under bond in the amount of

    ☐ On Your Own Recognizance

    ☑ Under other conditions. [Additional documen(s) will be provided.]  **OSUP/ATD**

M. Page 3518          3/19/2019 10:19 AM

Name and Signature of Authorized Officer          Date and Time of Custody Determination

Supervisory Detention & Deportation Officer          South Texas Family Residential Center
300 El Rancho Way, Dilley, Texas, 78017

Title          Office Location/Address

---

You may request a review of this determination by an immigration judge.

☑ I acknowledge receipt of this notification, and

    ☐ I do  request an Immigration judge review of this custody determination

    ☑ I do not  request an Immigration judge review of this custody determination

X          3/19/2019

Signature of Alien          Date

---

The contents of this notice were read to   RAMIREZ-LOPEZ, CANDIDA   in the   Spanish   language.

(Name of Alien)          (Name of Language)

J. Drake 8932

Name and Signature of Officer          Name and Number of Interpreter (if applicable)

Deportation Officer

Title

---

DHS Form I-286 (1/14)          Page 1 of 1

DHS 063

**U.S. Depoartment of Homeland Security**    **Continuation Page for Form:**    I-286

| Alien's Name RAMIREZ-LOPEZ, CANDIDA REINA | File Number 098-982-272 | Date |
|---|---|---|
| | Event Number RGC1903000302 | 3/19/2019 |

THE CONTENTS OF THIS NOTICE WAS READ TO:

098-982-272

Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. You may be eligible for release under the ATD program if you meet the following requirements:

(1) You must provide your ICE Deportation Officer (DO) with a letter of support from your sponsor, noting the sponsor's address and telephone number; and

(2) You must provide your ICE DO with proof of your post-release travel arrangements (i.e., a copy of your airline ticket, a confirmation number for a bus ticket, or information related to pick-up arrangements in Dilley, Texas).

Electronic monitoring is a requirement of the ATD program, and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of ATD program may result in a redetermination of your release conditions or your arrest and detention.


You also received and where instructed to fill out the EOIR 33 (Alien's Change of Address Form), and notify both Immigrantion and Customs Enforcement and the Executive Office for Immigration Review for change in address.

| Signature J. Drake 8932 | Title Deportation Officer |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)    Page 2 of 2

DHS 064

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice of Custody Determination

Candida Reina RAMIREZ-Lopez

FAILED TO PROVIDE

,

Case No: MCS0504000846
File No: A098 982 272

Date: 04/25/2005

FIN #: 16930752

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☐ detained in the custody of this Service.
☐ released under bond in the amount of $_____.
☒ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.
☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_Patricia Salcido by gh_
PATRICIA I. SALCIDO
(Signature of authorized officer)

SUPERVISORY BORDER PATROL AGENT
(Title of authorized officer)

Brownsville, Texas
(INS office location)

☐ I do ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_Candida Reina Ramirez_
(Signature of respondent)

4/25/5
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge    ☐ District Director    ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.
☐ Detain in custody of this Service.
☐ Bond amount reset to _____

☐ Release-Order of Recognizance
☐ Release-Personal Recognizance
☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

DHS 065

U.S. Department of Homeland Security       Subject ID:364207928          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RAMIREZ-LOPEZ, CANDIDA REINA | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | E411614, HONDURAS | CASE No:RGC1903000302 A098 982 272 | 63 | 130 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| See Narrative | NONE VISIBLE |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I Number | |
|---|---|---|---|
| 03/09/2019, 1050, 15 mile(s) W of ROM, PWA, TUBE | | 920345HC5 | ☐ Single  ☐ Divorced ☒ Married  ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| See Narrative | PB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 10/20/1971  Age:47 | | 03/14/2019 | RGV/RGC | ROMA, TX | 03/09/2019 1115 |

| City, Province (State) and Country of Birth | AR ☒  Form (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| SAN PEDRO SULA, CORTES, HONDURAS | | ALEXIS VALDEZ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| See Narrative | 1 |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I9A2 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry; and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #:16930752                    I77 #:7440570

Family Unit/Group #:FMU1903005932

Left Index Print                    Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   26.4177
Longitude: -99.0578

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: FMUA

Alien has been advised of communication privileges     3/14/19 VB  (Date/Initials)

VICTOR BARROSO JR
Border Patrol Agent
(Signature and Title of Immigration Officer)

| Distribution | Received (Subject and Documents) (Report of Interview) |
|---|---|
| A-FILE HRL MCA | Officer  VICTOR BARROSO JR  on  March 14, 2019 at 0401  (time)  Disposition  REINSTATEMENT OF DEPORT ORDER I-871  Examining Officer  JOHN C. CROSBY JR |

Form I-213 (Rev 08/01/07) Y

DHS 066

U.S. Department of Homeland Security      Continuation Page for Form    I213

| Alien's Name<br>RAMIREZ-LOPEZ, CANDIDA REINA | File Number<br>A098 982 272<br>Event No:RGC1903000302 | Date<br>03/14/2019 |
|---|---|---|

US ADDRESS:
-----------
PORT ISABEL DETENTION CENTER 27991 BUENA VISTA BOULEVARD
LOS FRESNOS, TEXAS

FOREIGN ADDRESS:
----------------
BARRIO SUYAPA 7 CALLE NUEVA AVENIDA PUERTO CORTES, CORTES, HONDURAS
BARRIO SUYAPA PUERTO CORTES 7 CALLE NUEVA AVENIDA
PUERTO CORTES, CORTES,
HONDURAS

SPOUSE NAME AND ADDRESS:
------------------------
Nationality:HONDURAS GOMEZ, JESUS RAMON
HONDURAS

FATHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS RAMIREZ, CANDIDO
DECEASED

MOTHER NAME AND ADDRESS:
------------------------
Nationality:HONDURAS LOPEZ, MANDITA
BARRIO SUYAPA 7 CALLE NUEVA AVENIDA
PUERTO CORTES, CORTES, HONDURAS

FUNDS IN POSSESSION:
--------------------
United States Dollar .00

NARRATIVE:
----------
FAMILY OTM-REINSTATEMENT - No Prosecution

IMMIGRATION HISTORY: See records.

CRIMINAL HISTORY: None.

ACCOMPANYING FAMILY MEMBERS:
Family Member #1: (Mother) RAMIREZ-Lopez, Candida Reina, A#098 982 272
Family Member #2: (Son) GOMEZ-Ramirez, Cristofer David, A# 203 478 632

| Signature<br>      VICTOR BARROSO JR | Title<br>    Border Patrol Agent |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 067

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>RAMIREZ-LOPEZ, CANDIDA REINA | File Number<br>A098 982 272<br>Event No:RGC1903000302 | Date<br>03/14/2019 |
|---|---|---|

POINT OF CONTACT IN THE UNITED STATES:
Ramon Torres (Uncle)
800 NW 13th Avenue, Apartment 13
Miami, Florida 33125
(305)766-4271.

ENCOUNTER:
A Border Patrol Agent encountered subject in Rio Grande Valley, Texas Border Patrol Sector. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien whom illegally entered the United States, the subject was arrested and transported to the Harlingen Station for further processing.

IMMIGRATION/CRIMINAL VIOLATION:
At the Harlingen Station, the subject was advised of the administrative rights in removal proceedings. The subject acknowledged understanding these rights and agreed to answer questions and give a sworn statement. The subject claimed to be citizen and national of Honduras without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry. The subject was ordered deported in absentia on October 21, 2005 from Harlingen, Texas.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from Guatemala as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right but declined to speak with anyone at this time. Furthermore, the subject does not claim to fear persecution or torture if returned to the subject's country of citizenship.

DISPOSITION:
The subject was processed for Reinstatement of Prior Order of Removal as per section 241(a)(5) of the Immigration and Nationality Act. The subject was served with Forms I-871, I-294 and I-205. Form I-215 was read and explained to the subject, in the Spanish Language. The subject understood these rights, and agreed to answer questions at this time.

| Signature<br>VICTOR BARROSO JR | Title<br>Border Patrol Agent |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DHS 068